# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**WHITESELL CORPORATION,**

                **Plaintiff,**          Case No. C-3:07-CV-099

-vs-

                                         **District Judge Thomas M. Rose**

**BAMAL FASTENERS LLC, et al.,**      **Chief Magistrate Judge Michael R. Merz**

                **Defendant.**

_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE CHIEF MAGISTRATE JUDGE (DOC.#23) OVERRULING DEFENDANT'S OBJECTIONS (DOC. #24) AND DENYING DEFENDANT'S MOTION TO DISMISS (DOC.# 16)**

_____

       This matter comes before the Court pursuant to Objections (Doc. #24) to the Report and Recommendations of Chief Magistrate Judge Michael R. Merz (Doc.# 23) denying Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #16).

       The Court has reviewed the comprehensive findings of the Chief Magistrate Judge pursuant to 28 U.S.C. Section 636(b) and Fed. R. Civ. P. 72(b), and has made a de novo review of the record in this case.  Upon consideration of the foregoing, the Court finds the Objections (Doc.# 24) are not well-taken and are hereby OVERRULED.

       The Court ADOPTS the Report and Recommendations (Doc. #23) in it's entirety Ordering that Defendant's Motion to Dismiss be DENIED.

August 20, 2007                                       **s/THOMAS M. ROSE**

                                                           _____

                                                            THOMAS M. ROSE
                                                 UNITED STATES DISTRICT JUDGE